AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>JORGENSON, CINDY K. | 2. Court or Organization<br><br>United States District Court - Arizona | 3. Date of Report<br><br>10/23/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>405 W Congress, Suite 5180<br>Tucson, AZ 85701-5033 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Arizona Elected Officials Retirement Plan | $26,805.24 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Arizona Public Safety Retirement System (retired) |
| 2. 2017 | Arizona State Retirement System |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JORGENSON, CINDY K.** | 10/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Managed IRA - Cons Staples Sel Sect SPDR FD (XLP) | | None | | | Sold | 02/17/17 | J | A | |
| 2. Morgan Stanley Managed IRA - Cons Discret Sel Sect SPDR FD (XLY) | A | Dividend | | | Buy | 02/17/17 | J | | |
| 3. | | | | | Sold (part) | 04/27/17 | J | | |
| 4. | | | | | Sold | 08/17/17 | J | B | |
| 5. Morgan Stanley Managed IRA - Deutshe X-Trackers MSCI EAF (DBEF) | | None | | | Sold | 02/17/17 | J | A | |
| 6. Morgan Stanley Managed IRA - First Trust Utlts Alsphadex ETF (FXU) | A | Dividend | | | Sold (part) | 02/17/17 | J | A | |
| 7. | | | | | Sold | 08/8/17 | J | | |
| 8. Morgan Stanley Managed IRA - Flexshares Qualt Divd IDX ETF (QDF) | A | Dividend | | | Buy (add'l) | 04/27/17 | J | | |
| 9. | | | | | Sold | 08/18/17 | K | C | |
| 10. Morgan Stanley Managed IRA - Global X FTSE Nordic REgion ETF (GXF) | A | Dividend | | | Sold | 02/17/17 | J | | |
| 11. Morgan Stanley Managed IRA - Global MSCI Norway ETF (NORW) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 12. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 13. | | | | | Sold | 08/18/17 | J | B | |
| 14. Morgan Stanley Managed IRA - Goldman ActiveBeta US LC ETF (GSLC) | A | Dividend | | | Sold (part) | 02/17/17 | J | B | |
| 15. | | | | | Sold | 08/18/17 | K | | |
| 16. Morgan Stanley Managed IRA - Guggenheim S&P 500 Pure Vale (RPV) | A | Dividend | K | T | Buy | 08/18/17 | K | | |
| 17. Morgan Stanley Managed IRA - IShares China Large Cap ETF (FXI) | A | Dividend | K | T | Buy | 08/18/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/23/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Managed IRA - IShares Core MSCI Emerging (IEMG) | A | Dividend | K | T | Sold (part) | 02/17/17 | K | D | |
| 19. | | | | | Sold (part) | 04/27/17 | J | | |
| 20. | | | | | Sold (part) | 08/18/17 | J | | |
| 21. Morgan Stanley Managed IRA - IShares Core MSCI EAFE ETF (IEFA) | B | Dividend | L | T | Buy | 04/27/17 | L | | |
| 22. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 23. Morgan Stanley Managed IRA - IShares Curr Hedged MSCI Japan (HEWJ) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 24. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 25. | | | | | Sold | 08/18/17 | J | | |
| 26. Morgan Stanley Managed IRA - IShares Canada ETF (EWC) | A | Dividend | | | Buy | 04/27/17 | J | | |
| 27. | | | | | Sold | 08/18/17 | J | A | |
| 28. Morgan Stanley Managed IRA - IShares Global Financials ETC (IXG) | A | Dividend | K | T | Buy | 08/18/17 | K | | |
| 29. Morgan Stanley Managed IRA - IShares MSCI Japan ETF (EWJ) | A | Dividend | K | T | Sold (part) | 02/17/17 | J | A | |
| 30. | | | | | Buy (add'l) | 08/18/17 | K | | |
| 31. Morgan Stanley Managed IRA - IShares Intl Select Div ETF (IDV) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 32. | | | | | Sold (part) | 04/27/17 | J | | |
| 33. | | | | | Sold | 08/18/17 | J | B | |
| 34. Morgan Stanley Managed IRA - IShares MSCI Australia ETF (EWA) | A | Dividend | | | Sold (part) | 02/17/17 | J | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/27/17 | J | | |
| 36. | | | | | Sold | 08/18/17 | J | | |
| 37. Morgan Stanley Managed IRA - IShares MSCI EAFE ETF (EFA) | | None | | | Buy | 02/17/17 | J | | |
| 38. | | | | | Sold | 04/27/17 | J | A | |
| 39. Morgan Stanley Managed IRA - IShares MSCI EAFE Growth ETF (EFG) | B | Dividend | | | Buy (add'l) | 02/17/17 | K | | |
| 40. | | | | | Sold (part) | 04/27/17 | J | | |
| 41. | | | | | Sold | 08/18/17 | L | D | |
| 42. Morgan Stanley Managed IRA - IShares EAFE VAL ETF (EFV) | B | Dividend | | | Buy | 04/27/17 | L | | |
| 43. | | | | | Sold | 08/18/17 | L | B | |
| 44. Morgan Stanley Managed IRA - MSCI Italy Capped ETF (EWI) | A | Dividend | K | T | Buy | 08/18/17 | K | | |
| 45. Morgan Stanley Managed IRA - MSCI Asia EX_Japan ETF (AAXJ)fka | A | Dividend | | | Buy | 04/27/17 | J | | |
| 46. | | | | | Sold | 08/18/17 | J | A | |
| 47. Morgan Stanley Managed IRA - IShares MSCI Japan ETF (EWJ) | | None | L | T | Buy | 08/18/17 | K | | |
| 48. Morgan Stanley Managed IRA - MSCI Taiwan Capped ETF (EWT) | A | Dividend | K | T | Buy | 08/18/17 | K | | |
| 49. Morgan Stanley Managed IRA - IShares MSCI Spain Capped ETF (EWP) | A | Dividend | K | T | Buy | 08/18/17 | K | | |
| 50. Morgan Stanley Managed IRA - IShares MSCI SouthKorea Cp ETF (EWY) | A | Dividend | K | T | Buy | 08/18/17 | K | | |
| 51. Morgan Stanley Managed IRA - IShares MSCI Switzerland CAPD ETF (EWL) | | None | | | Buy | 02/17/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 04/27/17 | J | A | |
| 53. Morgan Sanley Managed IRA - IShares Nasdaq Biotech ETF (IBB) | A | Dividend | | | Sold (part) | 02/17/17 | J | A | |
| 54. | | | | | Sold | 04/27/17 | J | | |
| 55. Morgan Stanley Managed IRA - IShares SP Smallcap 600 Index (IJR) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 56. | | | | | Sold | 04/27/17 | J | B | |
| 57. Morgan Stanley Managed IRA - IShares US Aerospace & Def ETF (ITA) | A | Dividend | K | T | Buy | 08/17/17 | K | | |
| 58. Morgan Stanley Managed IRA - IShares US Consumer SER ETF (IYC) | A | Dividend | K | T | Buy | 08/18/17 | K | | |
| 59. Morgan Stanley Managed IRA - IShares US Consumer Goods ETF (IYK)(fka) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 60. | | | | | Sold | 04/27/17 | J | A | |
| 61. Morgan Stanley Managed IRA - IShares US Fin Services ETF (IYG) | A | Dividend | | | Buy | 02/17/17 | J | | |
| 62. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 63. | | | | | Sold | 08/18/17 | J | A | |
| 64. Morgan Stanley Managed IRA - IShares US Healthcare Prov ETF (IHF) | A | Dividend | | | Sold (part) | 02/17/17 | J | A | |
| 65. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 66. | | | | | Sold | 08/18/17 | J | | |
| 67. Morgan Stanley Managed IRA - Powershares Aero & Def PTF (PPA) | A | Dividend | | | Sold (part) | 02/17/17 | J | C | |
| 68. | | | | | Sold (part) | 04/27/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold | 08/18/17 | J | | |
| 70. Morgan Stanley Managed IRA - Powershares DYN LRG VAP VALU(PWV) | A | Dividend | L | T | Buy | 08/18/17 | K | | |
| 71. Morgan Stanley Managed IRA - Powershares S&P 500 X-Rate (XRLV) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 72. | | | | | Sold | 04/27/17 | J | B | |
| 73. Morgan Stanley Managed IRA - Powershares FTSE RAFI Emerg (PXH) | A | Dividend | | | Buy | 04/27/17 | J | | |
| 74. | | | | | Sold | 08/18/17 | J | A | |
| 75. Morgan Stanley Managed IRA - Powershares KBW Regional Bank (KBWR) | A | Dividend | | | Sold (part) | 02/17/17 | J | B | |
| 76. | | | | | Sold | 04/27/17 | J | | |
| 77. Morgan Stanley Managed IRA - Powershares QQQ Tr (QQQ) | A | Dividend | | | Sold (part) | 02/17/17 | J | C | |
| 78. | | | | | Sold (part) | 04/27/17 | J | | |
| 79. | | | | | Sold | 08/18/17 | K | | |
| 80. Morgan Stanley Managed IRA - Powershares Europe Curr HED Lv (FXEU) | | None | | | Sold | 02/17/17 | K | | |
| 81. Morgan Stanley Managed IRA - Schwab US Reit ETF (SCHH) | | None | | | Sold | 02/17/17 | J | | |
| 82. Morgan Stanley Managed IRA - Select Sector SPDR TD ETF (XLRE) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 83. | | | | | Sold | 04/27/17 | J | | |
| 84. Morgan Stanley Managed IRA - SPDR DJIA Trust (DIA) | A | Dividend | L | T | Buy | 08/18/17 | K | | |
| 85. Morgan Stanley Managed IRA - SPDR Morgan Stanley Technology (MTK) (X) | A | Dividend | | | Sold (part) | 02/17/17 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 04/27/17 | J | | |
| 87. | | | | | Sold | 08/18/17 | K | | |
| 88. Morgan Stanley Managed IRA - SPDR S&P Capital Markets ETF (KCE) | A | Dividend | | | Sold (part) | 02/17/17 | J | B | |
| 89. | | | | | Buy (add'l) | 02/17/17 | J | | |
| 90. | | | | | Sold | 08/18/17 | J | | |
| 91. Morgan Stanley Managed IRA - S&P 500 Index Fund (IVV) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 92. | | | | | Sold | 08/18/17 | K | C | |
| 93. Morgan Stanley Managed IRA - SPDR S&P Retail (XRT) | A | Dividend | K | T | Buy | 08/18/17 | K | | |
| 94. Morgan Stanley Managed IRA - SPDR S&P Transn ETF (XTN) | A | Dividend | | | Sold | 02/17/17 | J | A | |
| 95. Morgan Stanley Managed IRA - The Financial Sel Sect SPDR FD (XLF) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 96. | | | | | Sold (part) | 04/27/17 | J | | |
| 97. | | | | | Sold | 08/18/17 | J | B | |
| 98. Morgan Stanley Managed IRA - UBS E-Tracs Alerian MLP ETN (MLPI) | B | Royalty | | | Sold (part) | 02/17/17 | J | B | |
| 99. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 100. | | | | | Sold | 08/18/17 | K | | |
| 101. Morgan Stanley Managed IRA - Vaneck Vectors ETF Semicond (SMH) | A | Dividend | K | T | Buy | 08/18/17 | K | | |
| 102. Morgan Stanley Managed IRA - Vanguard Info Tech ETF (VGT) | A | Dividend | K | T | Buy | 08/18/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Morgan Stanley Managed IRA - Vanguard Large Cap ETF (VV) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 104. | | | | | Sold (part) | 04/27/17 | J | | |
| 105. | | | | | Sold | 08/18/17 | K | A | |
| 106. Morgan Stanley Managed IRA -Vanguard TTL Stk Mkt ETF (VTI) | B | Dividend | M | T | Buy | 08/18/17 | M | | |
| 107. Morgan Stanley Managed IRA - Wisdomtree Euro Sm Cap Div ETF (DFE) | A | Dividend | K | T | Buy (add'l) | 08/18/17 | K | | |
| 108. Morgan Stanley Managed IRA - Wisdomtree Europe Hedged Equity (HEDJ) | A | Dividend | | | Sold (part) | 02/17/17 | L | A | |
| 109. | | | | | Sold (part) | 04/27/17 | J | | |
| 110. | | | | | Sold | 08/18/17 | K | | |
| 111. Morgan Stanley Managed IRA - Wisdomtree TR ITL HDG QTLY (IHDG) | A | Dividend | | | Buy | 02/17/17 | K | | |
| 112. | | | | | Sold (part) | 04/27/17 | J | | |
| 113. | | | | | Sold | 08/18/17 | K | B | |
| 114. Morgan Stanley Managed IRA - Wisdomtree Japan SM Cap Div (DFJ) | A | Dividend | | | Buy (add'l) | 02/17/17 | J | | |
| 115. | | | | | Sold (part) | 04/27/17 | J | | |
| 116. | | | | | Sold | 08/18/17 | J | A | |
| 117. Morgan Stanley Managed IRA - Wisdomtree Japan Hdg Real Est (DXJ)fka | A | Dividend | K | T | Buy (add'l) | 08/18/17 | K | | |
| 118. Morgan Stanley Managed IRA - Wisdomtree Low P/E ETF (EZY) | | None | | | Sold | 02/17/17 | K | C | |
| 119. Morgan Stanley Bank Deposit (fka) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Wells Fargo Bank Accounts | | None | K | T | | | | | |
| 121. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| JORGENSON, CINDY K. | 10/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2 amended to Buy from Buy (add'l).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **CINDY K. JORGENSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544